FILED
2016 Sep-29 AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RODERICK LAMPKIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | **2:16-cv-01282-AKK** |
| **SANTANDER CONSUMER USA,** ) | |
| **INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pursuant to the parties' Joint Stipulations of Dismissal, docs. 17, 18, and 19, this matter is **DISMISSED WITHOUT PREJUDICE** as to all defendants, with each party to bear its own costs.

**DONE** the 28th day of September, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE